| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>BRIAN M. LUTZ, SBN 255976<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306<br>BLutz@gibsondunn.com<br><br>LISSA M. PERCOPO<br>    (*pro hac vice* forthcoming)<br>JEFFREY S. ROSENBERG<br>    (*pro hac vice* forthcoming)<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Telephone:  202.887.3770<br>Facsimile:  202.530.9528<br>LPercopo@gibsondunn.com<br>JRosenberg@gibsondunn.com<br><br>*Counsel for Defendants Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, Aida Alvarez, Shumeet Banerji, Robert R. Bennett, Charles Bergh, Stacy Brown-Philpot, Stephanie A. Burns, Mary Anne Citrino, Tracy Keogh, Stacey Mobley, Subra Suresh, Carl Bass, Rajiv L. Gupta, and Margaret C. Whitman, and Nominal Defendant HP Inc.* | **LEVI & KORSINSKY, LLP**<br>ADAM M. APTON, SBN 316506<br>388 Market Street, Suite 1300<br>San Francisco, CA 94111<br>Telephone: (415) 373-1671<br>aapton@zlk.com<br><br>CORREY A. KAMIN<br>    (*pro hac vice* forthcoming)<br>RYAN MESSINA<br>    (*pro hac vice* forthcoming)<br>55 Broadway, 10th Floor<br>New York, NY  10006<br>Telephone: (212) 363-7500<br>E-mail: ckamin@zlk.com<br>E-mail: rmessina@zlk.com<br><br>*Counsel for Plaintiff Scott Franklin* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SCOTT FRANKLIN, Derivative on Behalf of HP, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DION J. WEISLER, CATHERINE A. LESJAK, ENRIQUE LORES, AIDA ALVAREZ, SHUMEET BANERJI, ROBERT R. BENNETT, CHARLES BERGH, STACY BROWN-PHILPOT, STEPHANIE A. BURNS, MARY ANNE CITRINO, TRACY KEOGH, STACEY MOBLEY, SUBRA SURESH, CARL BASS, RAJIV L. GUPTA, and MARGARET C. WHITMAN,<br><br>　　　　　　　Defendants,<br><br>-and-<br><br>HP, INC., a Delaware Corporation<br><br>　　　　　　　Nominal Defendant. | Case No. 4:21-cv-4805-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY**<br><br>Dept.:  Courtroom 5, 2nd Floor<br>Judge:  Jeffrey S. White |

Pursuant to Civil Local Rule 7-12, Defendants Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, Aida Alvarez, Shumeet Banerji, Robert R. Bennett, Charles Bergh, Stacy Brown-Philpot, Stephanie A. Burns, Mary Anne Citrino, Tracy Keogh, Stacey Mobley, Subra Suresh, Carl Bass, Rajiv L. Gupta, and Margaret C. Whitman (the "Individual Defendants") and Nominal Defendant HP, Inc. ("HP" and, together with the Individual Defendants, "Defendants") and Plaintiff Scott Franklin ("Plaintiff" and together with Defendants, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed order to stay these proceedings.

WHEREAS, on May 17, 2021, Plaintiff filed a stockholder derivative action in the U.S. District Court for the District of Delaware on behalf of HP against the Individual Defendants captioned *Franklin v. Weisler, et al.*, Case No. 1:21-cv-00703-RGA (the "Derivative Action");

WHEREAS, on June 22, 2021, the Derivative Action was transferred from the U.S. District Court for the District of Delaware to this Court, where it was assigned the caption *Franklin v. Weisler*, Case No. 4:21-cv-4805-JSW;

WHEREAS, counsel for the Parties have conferred regarding the status of this litigation and the appropriate next steps;

WHEREAS, the Derivative Action involves overlapping parties and factual allegations with a related federal securities class action filed on November 5, 2020, in the United States District Court for the Northern District of California, captioned *York County on Behalf of the County of York Retirement Fund v. HP Inc., et al.*, Case No. 4:20-cv-07835-JSW (the "Securities Class Action"); and

WHEREAS, based upon the overlapping parties and factual allegations contained in the Derivative Action and the Securities Class Action, and to avoid the unnecessary expenditure of judicial resources, the Parties have agreed, subject to this Court's approval, to temporarily stay proceedings in the Derivative Action given the pendency of the defendants' motion to dismiss in the Securities Class Action.

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 7-12, by and between the undersigned counsel, that:

1. Defendants agree that their counsel shall be deemed to have accepted service of the complaint on their behalf in the Derivative Action as of the date of this Stipulation;

2. All proceedings in the Derivative Action, including all deadlines, hearings, and

conferences, will be stayed during the pendency of the motion to dismiss in the Securities Class Action.

3. Counsel for Defendants shall promptly notify Plaintiff if Defendants are served with any other shareholder derivative lawsuit initiated on behalf of HP based on the same or a similar set of facts as those alleged in this Derivative Action, or a books and records action initiated against HP based on the same or a similar set of facts as those alleged in this Derivative Action.

4. If the plaintiff in any related derivative lawsuit refuses to agree to a stay during the pendency of the motion to dismiss the Securities Class Action, Plaintiff or Defendants may seek to lift the stay of this action. Similarly, if Defendants agree to provide documents to the plaintiff in any related derivative lawsuit during a stay pending the motion to dismiss the Securities Class Action, Defendants will provide the same documents to Plaintiff.

5. While the Derivative Action is stayed, in the event that mediation and/or formal settlement meeting(s) take place in regard to the Securities Class Action or any other factually related stockholder action, Defendants will provide Plaintiff reasonable advance notice of mediation and/or formal settlement meeting(s).

6. Plaintiff may petition the Court to lift the stay of the Derivative Action within 45 days of any decision denying the defendants' motion to dismiss in the Securities Class Action;

7. Upon occurrence of either (i) the dismissal of the Securities Class Action, with prejudice, and the exhaustion of all appeals related thereto or (ii) the denial of the motion to dismiss the Securities Class Action, in whole or in part, the Parties shall, within thirty (30) days, meet and confer and submit to the Court a proposed scheduling order governing further proceedings in the Derivative Action;

8. All deadlines and hearings will be postponed unless and until the stay is lifted; and

9. The Parties reserve all rights.

**IT IS SO STIPULATED**.

Dated: June 29, 2021

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Brian M. Lutz*
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

|   |   |
|---|---|
| 1 | BLutz@gibsondunn.com |
| 2 | LISSA M. PERCOPO (*pro hac vice* forthcoming)<br>JEFFREY S. ROSENBERG (*pro hac vice* forthcoming)<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Telephone: 202.887.3770<br>Facsimile: 202.530.9528<br>LPercopo@gibsondunn.com<br>JRosenberg@gibsondunn.com |

*Counsel for Defendants Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, Aida Alvarez, Shumeet Banerji, Robert R. Bennett, Charles Bergh, Stacy Brown-Philpot, Stephanie A. Burns, Mary Anne Citrino, Tracy Keogh, Stacey Mobley, Subra Suresh, Carl Bass, Rajiv L. Gupta, and Margaret C. Whitman, and Nominal Defendant HP Inc.*

**LEVI & KORSINSKY, LLP**

Dated: June 29, 2021

*\*/s/ Adam M. Apton*
ADAM M. APTON, SBN 316506
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com

CORREY A. KAMIN (*pro hac vice* forthcoming)
RYAN MESSINA (*pro hac vice* forthcoming)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
ckamin@zlk.com
rmessina@zlk.com

*Counsel for Plaintiff Scott Franklin*

\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

1

**[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   DATED: July 1, 2021                    _____
                                            *[signature: Jeffrey S. White]*
5                                          HONORABLE JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28